

**Motion dismissed by Debtor as stated on the record at hearing on 5/9/2012.**

**SO ORDERED.**

**SIGNED this 09th day of May, 2012.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 12-30590-HCM** |
| **ALEX MARTIN ROSALES,** | § | **CHAPTER 13** |
| **DEBTOR.** | § | **JUDGE H. CHRISTOPHER MOTT** |

**ORDER GRANTING MOTION TO AVOID
U.S. SMALL BUSINESS ADMINISTRATION LIEN**

ON THIS DAY came on to be considered the Motion to Avoid U.S. Small Business Administration Lien filed by the Debtor in the above-styled proceeding. After consideration of the Motion to Avoid U.S. Small Business Administration Lien, the Court is of the opinion that the Motion to Avoid U.S. Small Business Administration Lien should be granted, and enters the following Order.

*DISMISSED*

**IT IS ORDERED** that the non-possessory, non-purchase money lien(s) against the Debtor's property, held by the U.S. Small Business Administration, securing a loan in the amount of $21,600.00, is hereby avoided pursuant to 11 U.S.C. §1322.

**IT IS FURTHER ORDERED** that U.S. Small Business Administration shall henceforth have no liens or security interest in the personal or real property of the Debtor.

**IT IS SO ORDERED.**

\###

Upon Entry of this Order,
Please deliver copies to:

Michael R. Nevarez, Esq.
P.O. Box 12247
El Paso, TX 79913

Stuart C. Cox, Esq.
1760 N. Lee Trevino Drive
El Paso, TX 79936

Counsel
U.S. Small Business Administration
2120 Riverfront Drive
Suite 100
Little Rock, AR 72202

